UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-60711-CIV-SMITH/REID**

MICHAEL LIVEAL SCOTT,

    Petitioner,

vs.

MARK S. INCH,

    Respondent.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter came before the Court upon the Report of Magistrate Judge [DE 12], in which she recommends denying without prejudice Petitioner's federal habeas petition for failure to comply with the Court's order and failure to prosecute, denying a certificate of appealability, and closing the case. Petitioner has not filed objections to the Report of Magistrate Judge. Having reviewed, *de novo*, the Report of Magistrate Judge and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Report of Magistrate Judge [DE 12] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [DE 1] is **DENIED without prejudice,** except as to the federal statute of limitations or other procedural defenses which may apply.

3) All pending motions not otherwise ruled upon are **DENIED as moot.**

4) A certificate of appealability is **DENIED.**

5) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 30th day of October, 2020.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:   All Counsel of Record